

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00384-CV

| | | |
|---|---|---|
| ERIN JEPSON, N.P., Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-292369-17) |
| V. | § | January 30, 2020 |
| SALINA S. WYRICK, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM